CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUN 15 2016

JULIA C. DUDLEY, CLERK
BY: /s/ signature
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JONATHAN ASHLEY AGEE, ) | Civil Action No. 7:15-cv-00366 | |
|     Petitioner, ) | | |
| ) | | |
| v. ) | **FINAL ORDER** | |
| ) | | |
| EARL BARKSDALE, ) | By: | Hon. Michael F. Urbanski |
|     Respondent. ) | | United States District Judge |

In accordance with the accompanying Memorandum Opinion entered this day, it is hereby

**ADJUDGED and ORDERED**

that Respondent's motion to dismiss is **GRANTED**; the petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DISMISSED**; a certificate of appealability is **DENIED**; and the action is **STRICKEN** from the active docket of the court.

The Clerk shall send a copy of this Order and the accompanying Memorandum Opinion to the parties.

ENTER: This __14__ day of June, 2016.

/s/ Michael F. Urbanski
United States District Judge